UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GUANG LIN, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. 4:26-cv-03562 |
| v. | § | |
| | § | |
| WARDEN, Houston Contract Detention | § | |
| Facility, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

The respondents have filed an amended motion for an extension of time to file a response to the pending habeas petition.  (Dkt. No. 6).  The motion (Dkt. No. 6) is **GRANTED**.  The respondents shall have until June 5, 2026, to file a responsive pleading.  The motion for extension of time (Dkt. No. 5) is **DENIED as moot**.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on May 26, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge