United States District Court
Southern District of Texas
**ENTERED**
June 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GUANG LIN, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. 4:26-cv-03562 |
| v. | § | |
| | § | |
| WARDEN, Houston Contract Detention | § | |
| Facility, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

The respondents have filed a second motion for an extension of time to file a response to the pending habeas petition. (Dkt. No. 8). The motion (Dkt. No. 8) is **GRANTED**. The respondents shall have until June 11, 2026, to file a responsive pleading.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on June 5, 2026, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge