United States District Court
Southern District of Texas
**ENTERED**
August 31, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GUANG LIN, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. 4:26-cv-03562 |
| v. | § | |
| | § | |
| WARDEN, Houston Contract Detention Facility, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

**FINAL JUDGMENT**

The petitioner, Guang Lin, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging her continued detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Dkt. No. 1). On July 10, 2026, the respondents filed an Advisory stating that the petitioner was removed from the United States to China by flight on June 23, 2026. (Dkt. No. 12). Further, review of ICE's *Online Detainee Locator System* indicates that the petitioner is not currently in ICE custody.[1] The petitioner's counsel has not filed a response to the Advisory.

[1]The location of a detainee in ICE custody may be found by searching for the detainee by the detainee's A-number and country of birth at ICE's Online Detainee Locator System website, available at https://locator.ice.gov/odls/#/search (last visited Aug. 28, 2026).

The Court determines that Final Judgment should now be entered in this matter and renders this Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The Clerk will provide a copy of this Final Judgment to the parties.

SIGNED on August 31, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge